ALEXANDER M. HUNTER, Respondent, *v.* CLARA L. WALKER et al., Appellants.

(Argued October 7, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made the second Monday of September, 1890, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Isaac Fromme* for appellants.

*J. F. Harrison* for respondent.

Agree to affirm on opinion below.
All concur, except ANDREWS, FINCH and GRAY, JJ., dissenting.
Judgment affirmed.